UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Unsealing Order** |
| - v. - | : | 23 Cr. 004 |
| MARTIN HANDLER, MENACHEM LIEBERMAN, HAROLD SCHWARTZ, ISIDORE HANDLER, and BEN WERCZBERGER, | : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - x

Upon application of the United States of America, by and through Assistant United States Attorneys Mollie E. Bracewell and Daniel H. Wolf;

It is found that Indictment 23 Cr. 004 is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore:

ORDERED that Indictment 23 Cr. 004 be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
January 11, 2023

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK