# EXHIBIT 46

The Honorable Jennifer H. Rearden
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Rearden,

I am writing in the hopes that my words of support for Martin ("Mendy") Handler, will find some favor in your heart.

My name is David Gross and I have known Mendy Handler as a friend and neighbor for the last 15 years.   While Mendy has numerous positive qualities and attributes, I will speak to two qualities that I have either observed or benefited from during the course of our relationship. Mendy is amongst the most helpful and considerate people I know.  He will go out of his way to provide advice or offer support.  Personally, and as the Chairman of Agudath Israel of NJ and Member of Executive Committee of National Board of Agudath Israel of America, I have been the beneficiary of Mendy's insight and wisdom.  In these positions, I have, at times, needed advice and Mendy has always been willing and able to provide insight and analysis.

Mendy has also always been incredibly gracious and supportive of those within our community who need help.  For example, Mendy has always paid special attention to supporting widows and orphans within our community.  He has done so with great empathy, compassion, and a kind heart. Mendy does so both financially and with his time, which is our most precious commodity. In my role as a member of Agudath Israel I have encountered difficult situations of those in desperate need. There was a unique outcome with one of these families adrift that moved me to tears. I had approached Mendy to assist financially with this one particular widow and her 5 orphans. Mendy stepped up. But not just financially. When I circled back with the school to see how the kids were coping without a guiding father, unbeknownst to anyone, Mendy was spending precious time every week, doing the homework needed with the kids and taking them on outings, so life could go on and with some measure of stability and happiness. Mendy saw a need for more than financial support and did what no other would do. He seized the opportunity to do more and set the bar even higher for kindness and compassion. Mendy is a unique soul with a spirit that is otherworldly. Anyone with means can give money, but time? Time is so precious and Mendy gives of himself with the brightest of smiles.

The past few years have been painful to see, with Mendy trying to assuage his wife and family that he will be there for them as he has been for others.  While Mendy faces tremendously uncertainty, he has put on a brave face for his family.

It is with great humility that I beg Your Honor's compassion for a man who feels tremendous remorse and pain and whose absence will create a huge void in so many lives in desperate need of his support and kindness.

Most Respectfully,
David Gross