# EXHIBIT 47

The Honorable Jennifer H. Rearden
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Rearden:

I am writing regarding the sentencing of my friend, Martin, or as I call him Mendy, Handler. It is painful for me to write this letter as I understand he is facing jail time. From my perspective, he is the last person who deserves to sit in jail. I say this because Mendy is a person who would literally take the shirt off his back to help another person. I say this because I know this.

Mendy is a well known person in our community. He is a prominent business man, but what he is most known for is his generosity and as someone who is always looking to help out others. He does this in a very good-natured way, never asking too many questions. Asking someone for help is humiliating but I have seen firsthand Mendy help people without making them feel any shame at all. Mendy helps people both financially and through his network. While I have seen Mendy help people on countless occasions one example has always stood out to me. Some years ago someone I knew approached me for money. He was in dire need and was hoping I could help him find a job. This person, I am ashamed to admit, was very annoying and I didn't want to hire him because I couldn't stand to interact with him. So, knowing "sure no problem send him to me." And I didn't hear a word after.

Years later, this person came to my home with a big basket of treats. It was Purim, the Jewish holiday where it is the custom to deliver treats. This man thanked me extensively for connecting him with Mendy. He said Mendy saved his life. I barely remembered this. But he told me that Mendy not only found him a job, but then also paid for his training and followed-up regularly to ensure that he was standing on his own two feet. This man told me that Mendy gave him more than money, he gave him dignity. I learned from Mendy in this moment that when a person is down on their luck, we have the power to help them.

I've learned a lot from Mendy over the years. Watching his kindness towards others, which this story is just one example, is inspirational. Mendy is the most generous person I know.

I know that Mendy has made some mistakes, and has had lapses in judgment, and I know he has to be punished. But, with respect I urge Your Honor to consider the following: Mendy has had, and will continue to have, a great impact on thousands of people, both within our community and outside our community. He will not be able to make the same impact in prison.

Mendy is deeply remorseful for his actions. I just hope he has the opportunity to spend his time helping more people, and not sitting behind bars.

Respectfully,

Ezra Friedlander